Summons in a Civil Action (Rev 11/97)

FILED
2008 JUN 25 PM 4:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY YMH DEPUTY

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

William P. Peters,
Plaintiff

vs

Unifund Assignee of Palisades Collections, LLC,

Defendant.

**SUMMONS IN A CIVIL ACTION**
Case No. '08 CV 1141 WQH WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joshua B. Swigart
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUN 25 2008
DATE

By K. HAMMERLY, Deputy Clerk

Summons in a Civil Action