Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
David J. McGlothlin, Esq. (SBN: 253265)
dmcglothlin@westcoastlitigation.com
HYDE & SWIGART
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorney for the Defendant
William P. Peters

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM P. PETERS,<br><br>Plaintiff,<br>v.<br><br>UNIFUND ASSIGNEE OF PALISADES COLLECTIONS, LLC,<br><br>Defendant. | Case No.: 08 CV 1141 WQH WMc<br><br>**PROOF OF SUMMONS** |

Summons in a Civil Action (Rev 11/97)

FILED

2008 JUN 25 PM 4:41

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY YMH DEPUTY

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

William P. Peters,
Plaintiff

vs

Unifund Assignee of Palisades Collections, LLC,

Defendant.

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 1141 WQH WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joshua B. Swigart
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUN 25 2008
DATE

K. HAMMERLY
By , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

JOSHUA B. SWIGART, ESQ. (SBN 225557)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770
Attorney for : WILLIAM P. PETERS

Ref. No. : 1106730-01
Atty. File No.: 08CV1141WQHWMc

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF : WILLIAM P. PETERS
DEFENDANT : UNIFUND ASSIGNEE OF PALISADES, et al.

Case No.: 08CV1141WQHWMc
**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party served : UNIFUND ASSIGNEE OF PALISADES COLLECTIONS, LLC
AUTHORIZED AGENT FOR SERVICE: NICOLE PROCTOR
b. Person served : NICOLE PROCTOR, AUTHORIZED AGENT
(AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served 10625 TECHWOODS CIRCLE
CINCINNATI, OH 45242 (Business)

5. I served the party
a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on July 10, 2008 (2) at: 03:15 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
c. on behalf of: UNIFUND ASSIGNEE OF PALISADES COLLECTIONS, LLC
AUTHORIZED AGENT FOR SERVICE: NICOLE PROCTOR
under [xx] Other LLC

7. **Person who served papers**
a. MICHAEL W. MAY
b. KNOX ATTORNEY SERVICE, INC.
2250 Fourth Avenue
San Diego, California 92101
c. 619-233-9700
d. Fee for service: $140.50
e. I am:
(3) a registered California process server
(i) an independent contractor
(ii) Registration No.: 152
(iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 17, 2008

Signature: SEE ATTACHED NOTARIZED AFFIDAVIT
MICHAEL W. MAY

# Affidavit of Process Server

States District Court, Southern District of California-Southern Judicial District
(NAME OF COURT)

William P. Peters vs Unifund Assignee of Palisades et al 08 CV 1141
PLAINTIFF/PETITIONER DEFENDANT/RESPONDENT CASE NUMBER

I Michael W. May, **being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.**

**Service:** I served Unifund CCR Partners
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons in a civil action, Complaint, cover sheet

by leaving with Nicole Proctor (NAME) Person assigned by Unifund to accept process (RELATIONSHIP) At

☐ Residence ______ ADDRESS ______ CITY / STATE

☑ Business 10625 Techwoods Circle (ADDRESS) Cincinnati, OH 45242 (CITY / STATE)

On July 10, 2008 (DATE) AT 3:15 pm (TIME)

Thereafter copies of the documents were mailed by prepaid, first class mail on ______ DATE

from ______ CITY STATE ZIP

**Manner of Service:**

☐ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ______ and explaining the general nature of the papers.

☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ **Unknown at Address** ☐ **Moved, Left no Forwarding** ☐ **Service Cancelled by Litigant** ☐ **Unable to Serve in Timely Fashion**
☐ **Address Does Not Exist** ☐ **Other** ______

**Service Attempts:** Service was attempted on: (1) ______ DATE TIME (2) ______ DATE TIME

(3) ______ DATE TIME (4) ______ DATE TIME (5) ______ DATE TIME

**Description:**. Age____ Sex____ Race____ Height____ Weight____ Hair____ Beard____ Glasses____

[signature]
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 11th day of July, 2008, by Mike May,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

[signature]
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of KY

NAPPS

FORM 2 NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS