TOMIO B. NARITA (SBN 156576)
ROBIN M. BOWEN (SBN 230309)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
tnarita@snllp.com
rbowen@snllp.com

Attorneys for Defendant
Unifund Assignee of Palisades Collection, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM P. PETERS,<br><br>Plaintiff,<br><br>vs.<br><br>UNIFUND ASSIGNEE OF PALISADES COLLECTION, LLC,<br><br>Defendant. | CASE NO. 08CV1141 WQH WMc<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Tomio B. Narita, Esq. of the law firm Simmonds & Narita LLP hereby notes his appearance as additional counsel for defendant Unifund Assignee of Palisades Collection, LLC.

DATED: August 14, 2008

SIMMONDS & NARITA LLP
TOMIO B. NARITA
ROBIN M. BOWEN

By: s/Tomio B. Narita
Tomio B. Narita
Attorneys for Defendant
Unifund Assignee of
Palisades Collection, LLC

# PROOF OF SERVICE

I, Tomio B. Narita, hereby certify that:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816. I am counsel of record for the defendant in this action.

On August 14, 2008, I caused the **NOTICE OF APPEARANCE OF COUNSEL** to be served upon the parties listed below via the Court's Electronic Filing System:

**VIA ECF**

Joshua Swigart
josh@westcoastlitigation.com
Counsel for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on this 14th day of August, 2008.

By: s/Tomio B. Narita
Tomio B. Narita
Attorneys for Defendant
Unifund Assignee of
Palisades Collection, LLC