UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM P. PETERS,<br>Plaintiff,<br>v.<br>UNIFUND ASSIGNEE OF PALISADES COLLECTION, LLC,<br>Defendants. | Case No. 08cv1141 WQH (WMc)<br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On September 3, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing for Plaintiff were Josh Swigart, Esq. and William Peters. Appearing for Defendant was Tomio Narita, Esq.

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. The Rule 26(f) conference shall be completed on or before ***September 26, 2008***;

2. A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. on or before ***October 6, 2008.*** Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony. The discovery plan will also include the anticipated dates for the completion of both non-expert discovery and expert

discovery; and,

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before ***October 10, 2008*;**

4. The Court will hold a ***telephonic*** Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b) ***on October 24, 2008* at *9:30 a.m.*** **Attorney Joshua Swigart** is ordered to contact opposing counsel and then initiate a ***joint*** call to the Court at (619) 557-6624 on the day and at the time indicated above.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: September 3, 2008

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

HONORABLE WILLIAM Q. HAYES, U.S. DISTRICT JUDGE

ALL PARTIES AND COUNSEL OF RECORD